**E-filed 3/30/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN FLANNERY,<br><br>    Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., a Corporation; KRAFT FOODS NORTH AMERICA, INC., a Corporation; KRAFT FOODS MANUFACTURING WEST, INC., a Corporation; NABISCO BISCUIT OF KRAFT FOODS GLOBAL, INC., a Corporation; NABISCO BISCUIT & SNACKS GROUP WEST AREA SALES & CUSTOMER LOGISTICS, and DOES 1 through 20,<br><br>    Defendants. | Case No. C05 03348 JF PVT<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>[F.R.Civ.P. 41(a)(1)] |

W02-SD:DSH\51409982.1

Case No. C05 03348 JF PVT

TO ALL PARTIES AND TO THE HONORABLE COURT:

Plaintiff Kevin Flannery, by and through his attorneys of record, hereby dismisses this action with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its/his own attorneys' fees and costs. This dismissal is the result of the complete settlement of the action.

IT IS SO STIPULATED.

DATED: 3-13, 2006

LAW OFFICES OF GAY L. CARROLL

By _____
GAY L. CARROLL
Attorneys for Plaintiff

DATED: March 10, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
SAMANTHA D. HARDY

Attorneys for Defendants
KRAFT FOODS GLOBAL, INC. and KRAFT FOODS MANUFACTURING WEST, INC.

IT IS SO ORDERED.

Dated: 3/30/06

_____
JUDGE, U.S. DISTRICT COURT

W02-SD:DSH\51409982.1 -1- Case No. C05 03348 JF PVT

Flannery v. Kraft Foods Global, Inc., et al.
U.S. District Court Case No. C05-03348 JF PVT

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **March 13, 2006**, I served the following document(s) described as **STIPULATION FOR DISMISSAL AND ORDER THEREON** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Gay L. Carroll, Esq.
Law Offices of Gay Carroll
400 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone:   (916) 443-3553
Facsimile:    (916) 443-2424
*Attorneys for Plaintiff*

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 13, 2006**, at San Diego, California.

*/s/ Romona Beaudry*
ROMONA BEAUDRY